Monday, December 22, 2014

Ms. Cathy S. Lusk
    Clerk
Twelfth Court of Appeals
1517 West front Street
Tyler, Tx 75702



REC'D IN COURT OF APPEALS
12th Court of Appeals District
JAN -7 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Timothy Dale Wood
# 1909950
Travis Unit
8101 FM 969
Austin, Tx 78724
RE: Case Number: 12-14-00045-CR
    Trial Court Case Number B-20,140

Style Timothy Dale Wood
        v.
    The State of Texas

    Ms Lusk. I apologize for the delay in my responce the letter was mail to Gurney Unit and I had moved to the Travis Unit in Oct. But it was to my understanding there was no case for appeal here and my lawyer I thougt it to be understood quit me. Could you please let me know what has come of this and what are my chances of making the appeal. Thank you for the notice that I'm having this Court.

Sorry to be so clueless. I pray Before the Court for forgiveness and for a consideration for a sentance reduction. Thank you, the Court very much

Respectfully,
Timothy Dale Wood

Timothy Dale Wood.

P.S. I have enclosed my Prole letter to you.